IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:18-cv-255-D

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE DIRECTING PLAINTIFF TO |
| | ) | PROCEED AFTER FAILURE TO ANSWER |
| DAVID J HARTMAN, RIMA | ) | |
| KHARATYAN, an POURWORKS, LLC, | ) | |
| Defendants. | ) | |

The docket in this action indicates that defendants David J. Hartman, Rima Kharatyan, and Pourworks, LLC have not filed responsive pleadings or motions within the appropriate time period. Please proceed in accordance with Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1 to obtain an entry of default. If no steps are taken within 21 days of receipt of this notice, the court will require you to show cause why this action should not be dismissed as to defendants David J. Hartman, Rima Kharatyan, and Pourworks, LLC for failure to prosecute.

This the 2nd day of August, 2018.

/s/ Peter A. Moore, Jr.
Clerk of Court